### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>PINTEREST, INC.,<br><br>　　　　Defendant. | Case No.  1:21-cv-01248-CFC |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed before service by the defendant of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ George Pazuniak*
　　　　　　　　　　　　　　　　　　　George Pazuniak (DE Bar No. 478)
　　　　　　　　　　　　　　　　　　　O'Kelly & O'Rourke, LLC
　　　　　　　　　　　　　　　　　　　824 North Market Street, Suite 1001A
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Direct: 207-359-8576
　　　　　　　　　　　　　　　　　　　gp@del-iplaw.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*